194    SUPREME COURT OF NEBRASKA,

C. B. & Q. R. R. Co. v. James.    Gilbert v. Saddlery Co.

THE CHICAGO, BURLINGTON & QUINCY R. R. CO., PLAINTIFF IN ERROR, V. ROBERT JAMES, DEFENDANT IN ERROR.

[FILED MARCH 20, 1889.]

MAXWELL, J.

The facts in this case are substantially the same as in the case of the *Chicago, Burlington & Quincy R. R. Co. v. James*, just decided, and the same judgment will be entered.

The judgment of the district court is therefore affirmed.

JUDGMENT AFFIRMED.

THE other Judges concur.